[No. 14495-0-III.    Division Three.    July 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. CHESTER L. SANDERS, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 91-1-00196-8, Donald W. Schacht, J., entered November 9, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 14804-1-III.    Division Three.    July 16, 1996.]

BIERI-JEFFERSON PARTNERSHIP, *Appellant*, v. STATE FARM INSURANCE COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-2-00889-1, Ted W. Small, J., entered March 10, 1995. *Affirmed* by unpublished opinion per Munson, J., concurred in by Sweeney, C.J., and Thompson, J.

[No. 17888-5-II.    Division Two.    July 19, 1996.]

*In the Matter of the Estate of* CARYL J. LUCAS.

ESTATE OF CARYL J. LUCAS, *Respondent*, v. DOUGLAS A. BOWEN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-02175-2, Rosanne Buckner, J., entered December 17, 1993. *Affirmed* by unpublished opinion per Haberly, J. Pro Tem., concurred in by Houghton, A.C.J., and Fleisher, J. Pro Tem.

[No. 18175-4-II.    Division Two.    July 19, 1996.]

HAROLD LLOYD KING, *Appellant*, v. JOE JACK DAVIS, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-2-01288-0, Karen B. Conoley, J., entered April 11, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., Morgan, J., dissenting.